Form 12 - Travel
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

## REQUEST FOR TRAVEL OUTSIDE
## THE CONTIGUOUS UNITED STATES

Name of Offender: **Ramiro Flores**

Case Number:  **2:17CR00106**

Name of Sentencing Judicial Officer: **Honorable Edward J. Lodge**

Date of Original Sentence: **June 29, 2009**

Original Offense: **Conspiracy to Distribute Methamphetamine; Conspiracy to Launder Money; Drug Forfeiture; Money Laundry Forfeiture**

Original Sentence: **150 Months prison, followed by 60 Months TSR.**

Date Supervision Commenced: **March 17, 2017**

Date Jurisdiction Transferred to District of Nevada: **March 17, 2017**

Name of Assigned Judicial Officer: **Honorable Kent J. Dawson**

## SUMMARY

Mr. Flores is requesting permission to travel to Zacatecas, Mexico from June 15, 2021 to July 3, 2021. The purpose of the trip is for Mr. Flores to visit his brother, Gabriel Flores who is ill with Alzheimer's and dementia. Mr. Flores will be staying at his brother's residence, which is located at El Pardillo Segundo, Fresnillo, Zacatecas, Mexico.

If approved, Mr. Flores will fly to Mexico. Mr. Flores is covering the costs of his airfare and incidentals from his Social Security benefits.

Currently, Mr. Flores is compliant with his conditions of supervision. The Probation Office respectfully requests that Mr. Flores be permitted to travel to Mexico on the requested dates. Mr. Flores is aware that if the Court does not authorize his travel, he must remain in the United States until he satisfactorily completes his term of supervision.

**RE: Ramiro Flores**

Form 12 - Travel
D/NV Form
Rev. June 2014

Respectfully submitted,

_____
Gabriella Mitchell
United States Probation Officer Assistant

Approved:

_____
Todd J. Fredlund
Supervisory United States Probation Officer

*THE COURT ORDERS*

X    Requested Travel is Approved

☐    Requested Travel is Denied

☐    Other

_____
Signature of Judicial Officer

June 9, 2021
_____
Date